IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LINDA MABE, Individually, and as a Representative of the estate of James Mabe, deceased, *Plaintiff*, | § § § § § | |
| v. | § § § | CIVIL ACTION NO. 3:17-CV-214 JURY DEMANDED |
| CITY OF TEXAS CITY, TEXAS, and LINNARD R. CROUCH, JR., Individually *Defendants*. | § § § § | |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties in this case settled this case yesterday in mediation. The parties will forward an agreed order of dismissal within the next 14 days.

Respectfully submitted,

VIADA & STRAYER

By: /s/ *Ramón G. Viada III*
Ramón G. Viada III
State Bar No. 20559350
17 Swallow Tail Court, Suite 100
The Woodlands, Texas 77381
(281) 419-6338
(281) 661-8887 (Fax)
Email: rayviada@viadastrayer.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
LINNARD R. CROUCH, JR.

By: /s/ *Randall L. Kallinen**
Randall L. Kallinen  *signed w/permission
State Bar No. 00790995
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
(713) 320- 3785
(713) 320-3785 (Fax)
Email: Aattorneykallinen@aol.com

Attorney-in Charge for Plaintiff
Linda Mabe

By:   /s/ *John J. Hightower*
      John J. Hightower   *signed w/permission
      State Bar No. 09614200
      Olson & Olson, L.L.P.
      Wortham Tower, Suite 600
      2727 Allen Parkway
      Houston, Texas 77019-2133
      (713) 533-3800
      (713) 533-3888 (Fax)
      Email: jhightower@olsonllp.com

Attorney for Defendant,
City of Texas City, Texas

## CERTIFICATE OF SERVICE

I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas on July 12, 2018.

        /s/ *Ramón G. Viada III*
        Ramón G. Viada III